JOHN GODOY (SBN 254911)
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jgodoy@justice4you.com

Attorneys for Plaintiff
Jose Alvarez

VINCENT FISHER (SBN 276334)
JANNAT IRSHAD (SBN 357275)
O'HAGAN MEYER LLP
One Embarcadero Center, Suite 2100
San Francisco, California 94111
Telephone: (415) 578-6900
Facsimile: (415) 578-6910
Email: vfisher@ohaganmeyer.com
Email: jirshad@ohaganmeyer.com

Attorneys for Defendants
Olson Remcho LLP, Connie Bergstrom,
Emily A. Andrews, and Michelle Wixom

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVAREZ, and all those similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>OLSON REMCHO LLP, a California limited liability partnership; CONNIE BERGSTROM, an individual; EMILY A. ANDREWS, an individual; MICHELLE WIXOM, an individual; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.: 2:25−CV−01073−TLN−SCR<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER** |

JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER

**TO THE HONORABLE COURT:**

Plaintiff Jose Alvarez and Defendants Olson Remcho LLP, Connie Bergstrom, Emily A. Andrews, and Michelle Wixom (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery cut-off. Good cause exists for this extension for the following reasons:

WHEREAS, the Court's Initial Pretrial Scheduling Order sets a fact discovery cut-off of April 10, 2026;

WHEREAS, the current fact discovery cut-off is April 10, 2026; expert witness designations are due sixty (60) days thereafter; dispositive motions are due one hundred eighty (180) days thereafter; and no pretrial conference date or trial date has been set;

WHEREAS, the Parties have not previously requested any extension of any deadline in this case;

WHEREAS, on December 8, 2025, the Parties participated in a full-day mediation before Michael Strauss, at which time the Parties reached a settlement in principle resolving all claims in this action;

WHEREAS, since the mediation, the Parties have been engaged in good-faith efforts to finalize the written settlement agreement, and anticipate doing so in the near term;

WHEREAS, in light of the settlement in principle, neither Party has propounded any discovery since the mediation and there is no outstanding discovery;

WHEREAS, the Parties apologize to the Court for the late filing of this Stipulation and note that the need for this extension only became apparent upon confirmation that the written settlement agreement would not be finalized prior to the April 10, 2026 discovery cut-off;

WHEREAS, the requested extension will not prejudice either Party;

## JOINT STIPULATION

By this Joint Stipulation, and subject to the Court's approval, the Parties agree to the following:

1.      The Parties agree to extend the fact discovery cut-off by sixty (60) days, from April 10, 2026, to June 9, 2026.

2

2.     All other deadlines set forth in the Initial Pretrial Scheduling Order shall be extended by sixty (60) days.

3.     No Party will suffer prejudice as a result of the aforementioned extension.

4.     The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Stipulation.

**IT IS SO STIPULATED.**

Dated: April 10, 2026                              **ARNOLD LAW FIRM**

By:_____
John Godoy
Attorney for Plaintiff
Jose Alvarez

Dated: April 10, 2026                              **O'HAGAN MEYER LLP**

By:_____
Vincent Fisher
Jannat Irshad
Attorney for Defendants
Olson Remcho LLP, Connie Bergstrom, Emily A. Andrews, and Michelle Wixom

JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER

## ORDER

GOOD CAUSE APPEARING, the Court hereby approves the Joint Stipulation filed by the Parties in *Alvarez v. Olson Remcho LLP, et al.* (2:25−CV−01073−TLN−SCR) and enters the following Order pursuant to its terms:

1.    The April 10, 2026, Discovery Cut-Off is now RESET for June 9, 2026.

2.    All other deadlines set forth in the Initial Pretrial Scheduling Order shall be extended by sixty (60) days.

**IT IS SO ORDERED.**

Dated: April 10, 2026

_____
Troy L. Nunley
Chief United States District Judge

4

JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER